**Order entered October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01015-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**TINA TEAGUE, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA17-47049-M**

## ORDER

Before the Court are the State's October 8, 2019 motions to supplement the appellate record and to abate the appeal for findings of fact and conclusions of law. The Court **GRANTS** both motions.

The State is appealing the trial court's August 2, 2019 order granting appellee's motion to suppress. Although this case arises from County Criminal Court No. 2, the record shows the hearing on the motion to suppress was conducted by the Honorable Pamela Luther, presiding judge of County Criminal Court of Appeals No. 2.

We **ORDER** court reporter Sharina Fowler to file, within **THIRTY DAYS** of the date of this order, a supplemental reporter's record containing copies of State's Exhibits 1 and 2 entered into evidence during the August 2, 2019 hearing on the motion to suppress.

We **ORDER** the trial court to prepare and file, within **THIRTY DAYS** of the date of this order, findings of fact and conclusions of law on appellee's motion to suppress heard on August 2, 2019.

This appeal is **ABATED** to allow the trial court to file its findings of fact and conclusions of law. The appeal shall be reinstated when the findings and conclusions are received or at such other time as the Court deems appropriate.

Upon reinstatement, the Court will reset the due date for the State's brief.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to the Honorable Pamela Luther, Presiding Judge of County Criminal Court of Appeals No. 2; the Honorable Julia Hayes, Presiding Judge, County Criminal Court No. 2; Sharina Fowler, official court reporter, County Criminal Court of Appeals No. 2; and counsel for the parties.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE